UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:
Milburne, Ashley L.

Case No. : 25-20052-VFP
Chapter 7
Judge: Vincent F. Papalia

## NOTICE OF PROPOSED ABANDONMENT

On January 5, 2026, Jeffrey T. Testa, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the clerk: United States Bankruptcy Court, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, NJ 07102.

If an objection is filed, a hearing will be held before the Honorable VINCENT F. PAPALIA on 3rd February, 2026 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description | Value of Property | Liens on Property | Amount of Equity Claimed as Exempt |
|---|---|---|---|
| 39 SUMMIT STREET, RIDGEFIELD PARK, NJ 07660-0000, BERGEN COUNTY | The value of the property per EXP Realty is $550,000.00. The value of the property per petition is $550,000.00. With 10% cost of sale, the value of the property is $494,000.00 less carrying cost of property including taxes, utilities and other maintenance. | Per MidFirst Bank, the lien on the property is $611,045.69. | $0.00 |

Objections must be served on, and requests for additional information directed to:

ME1\59514885.v1

| | |
|---|---|
| NAME: | Jeffrey T. Testa |
| ADDRESS: | McCarter & English, Four Gateway Center, 100 Mulberry Street, Newark, NJ 07102-4079 |
| TELEPHONE NO: | (973) 639-7939 |

ME1\59514885.v1

United States Bankruptcy Court

District of New Jersey

In re:  
Ashley L. Milburne  
    Debtor

Case No. 25-20052-VFP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Jan 05, 2026     Form ID: pdf905     Total Noticed: 15

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ashley L. Milburne, 39 Summit Street, Ridgefield Park, NJ 07660-1429 |
| 520822119 | + | Gross Polowy LLC, 95 Mount Bethel Road, Suite 3, Warren, NJ 07059-5169 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 05 2026 21:09:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 05 2026 21:09:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 05 2026 21:13:26 | AIS Portfolio Services, LLC, Attn: Ally Capital De, 4515 N. Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| 520826186 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 05 2026 21:13:27 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520822116 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 05 2026 21:08:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 520822117 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jan 05 2026 21:07:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 520822118 | + | Email/Text: bankruptcy@fourleaffcu.com | Jan 05 2026 21:08:00 | FourLeaf FCU, Attn: Bankruptcy, 899 S. Oyster Bay Road, Bethpage, NY 11714-1030 |
| 520822120 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 05 2026 21:09:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520822121 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 05 2026 21:13:14 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 520822123 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Jan 05 2026 21:09:00 | New York State Department of Taxation, Bankruptcy Section, PO Box 5300, Albany, NY 12205-0300 |
| 520822122 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 05 2026 21:08:00 | New Jersey Division of Taxation, PO Box 283, Trenton, NJ 08695 |
| 520822124 | + | Email/Text: EBankruptcy@UCFS.NET | Jan 05 2026 21:09:00 | United Consumer Financial Services, Attn: Bankruptcy, 865 Bassett Rd., Westlake, OH 44145-1194 |
| 520822125 | + | Email/Text: bankruptcydept@wyn.com | Jan 05 2026 21:09:00 | Wyndham Resort Development, Attn: Bankruptcy Department, P.O.Box 98940, Las Vegas, NV 89193-8940 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 07, 2026                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jeffrey Thomas Testa | jtesta@mccarter.com  J118@ecfcbis.com,lrestivo@mccarter.com,agreen@mccarter.com |
| Lee Martin Perlman | on behalf of Debtor Ashley L. Milburne ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4