Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.:  25−20052−VFP
                    Chapter:  7
                    Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ashley L. Milburne
   aka Ashley Lacole Milburne
   39 Summit Street
   Ridgefield Park, NJ 07660

Social Security No.:
   xxx−xx−9523

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

     I _Diana L. Reaves_ , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

Real Property @ 39 Summit Street, Ridgefield Park, NJ.


Dated: January 28, 2026
JAN: dlr

                                                Jeanne Naughton
                                                Clerk